### THOMAS KINNEY *vs.* JOHN BERRAN.

The magistrate, by whom a deposition was taken, certified thereon, that the "cause assigned by the plaintiff" for taking the same was the deponent's being about to leave the commonwealth, not to return in time for the trial; and at the trial, it appeared, that a subpœna had been issued to the deponent to appear as a witness, upon which a constable of the place, where the deponent resided, had returned that he had made diligent inquiry and search for the witness, and could not find him; it was held, that this was proof of sufficient cause then existing for using the deposition.

THIS was an action of assumpsit tried before a justice of the peace on the 16th of December, 1848, and in the court of

common pleas, on appeal, before *Wells*, C. J., at the last De
cember term, 1849.

At the trial in the court of common pleas, the plaintiff
offered in evidence a deposition of John Cosgraff, taken on the
17th of January, 1849, with the following certificate of the
magistrate thereon: " The cause assigned by the plaintiff, for
taking this deposition, is the deponent being about to leave
the commonwealth, and not to return in time for trial." The
deposition contained the following statement by the depo-
nent: " I have lived at Roxbury about five weeks, — have no
family — am a laborer — have been at Brighton at work one
day — am not at work there now — have no work at present,
and am waiting for work. If I can find a job of work out of
Roxbury, I shall take it. If I could find a job out of Massa-
chusetts, I would take it, but I don't intend to leave Massa-
chusetts till spring opens. I will go to any place where I can
get a chance for work that is convenient. I am not about to
leave this state at the present time."

The defendant objected to the reading of the deposition, un
less the plaintiff should first prove that the witness was then
out of the commonwealth; and the objection being sustained
by the presiding judge, the plaintiff thereupon produced a
subpœna, signed by a justice of the peace for this county, di-
rected to the witness, and summoning him to appear to testify
in the case, with a return thereon signed by a constable of
Roxbury, certifying that he had made diligent inquiries and
search for the witness, and could not find him. The presiding
judge ruled, that this evidence was not sufficient to show, that
the deponent was out of the commonwealth, and therefore
that the deposition was not admissible. The jury thereupon
finding for the defendant, the plaintiff excepted.

*F. Hilliard*, for the plaintiff.

*J. F. Woodside*, for the defendant.

FLETCHER, J. The justice does not certify the fact, that a
cause existed which would warrant the taking of the deposi
tion, but only that such a cause was assigned by the party
It was proper that the party should show, that the cause ex-
isted at the time of the trial; and the evidence offered by the

plaintiff, of the return by the constable of a search for the witness, was sufficient, and entitled the party to the use of the deposition. *West Boylston* v. *Sterling*, 17 Pick. 126.

*Exceptions sustained.*